UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE FULEIHAN,              )<br>                                          )<br>            Plaintiff(s),        )<br>                                          )<br>vs.                                     )<br>                                          )<br>WELLS FARGO BANK, et al., )<br>                                          )<br>            Defendant(s).      )<br>_____)  | Case No. 2:13-cv-001145-GMN-NJK<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file Certificates as to Interested Parties as required by LR 7.1-1. On June 28, 2013, the Plaintiff filed a Complaint. Docket No. 1. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1, all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the Plaintiff has failed to comply.

...

...

...

Accordingly, **IT IS ORDERED** that Plaintiff Denise Fuleihan shall file a Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 12, 2013.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED: July 31, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2