1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE FULEIHAN,                ) <br>                         ) <br>           Plaintiff(s),    ) <br>                         ) <br> vs.                       ) <br>                         ) <br> WELLS FARGO BANK, et al.,   ) <br>                         ) <br>           Defendant(s).   ) | Case No. 2:13-cv-001145-GMN-NJK <br><br> ORDER |

      This matter is before the court on Plaintiff's failure to file Certificates as to Interested Parties as required by LR 7.1-1.  On June 28, 2013, the Plaintiff filed a Complaint.  Docket No. 1.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1, all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, the Plaintiff has failed to comply.

...

...

...

Accordingly, **IT IS ORDERED** that Plaintiff Denise Fuleihan shall file a Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., August 12, 2013.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED: July 31, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2